

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00696-CV

REBECCA HAAS, Appellant

V.

ELLIOTT CIN, Appellee

Appeal from the 113th District Court of Harris County.   (Tr. Ct. No. 2013-76341).

After due consideration, the Court **grants** appellee Elliott Cin's motion to dismiss the appeal.   Accordingly, the Court **dismisses** the appeal.

The Court **orders** that this decision be certified below for observance.

Judgment rendered February 3, 2015.

Per curiam opinion delivered by panel consisting of Justices Jennings, Massengale, and Lloyd.